No. 607. American Lumbermens Mutual Casualty Co. *v.* Sutcliffe, Administratrix, et al. January 6, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Frederick A. Keck* for petitioner. *Mr. Anthony J. Travia* for respondents.

Nos. 70 and 71. Grand Trunk Western Railroad Co. *v.* Stephenson, Administratrix. July 1, 1940. Dismissed per stipulation pursuant to Rule 35. *Mr. Silas H. Strawn* for petitioner. *Mr. Ralph F. Potter* for respondent.

No. 219. Downer *v.* O'Brien, Sheriff, et al. August 30, 1940. Dismissed per stipulation pursuant to Rule 35. *Mr. Lee R. La Rochelle* for appellant. *Mr. John E. Cassidy,* Attorney General of Illinois, for appellees.

No. 6. Murray, Receiver of Interborough Rapid Transit Co., *v.* City of New York et al.; and

No. 7. Roberts, Receiver of Manhattan Railway Co., *v.* Murray, Receiver, et al. September 18, 1940. Dismissed per stipulation pursuant to Rule 35. *Messrs. Carl M. Owen, Nathan L. Miller,* and *James L. Quackenbush* for Murray, Receiver of Interborough Rapid Transit Co.; *Wilbur Cummings*

for Interborough Rapid Transit Co.; *John W. Davis* and *Edwin S. S. Sunderland* for Guaranty Trust Co. et al.; *Phillip A. Carroll* for J. Herbert Case et al.; *Jesse E. Waid* and *J. M. Hartfield* for Bankers Trust Co.; *Louis Boehm* for Norman Johnson et al.; and *Ira W. Hirshfield* for Dwight F. Faulkner, Jr. et al. *Messrs. William C. Chanler, William G. Mulligan, Jr., Paxton Blair,* and *John D. Hill* for the City of New York; *John J. Curtin, Joseph H. Choate, Jr.,* and *Chester W. Cuthell* for the Transit Commission; *Charles E. Hughes, Jr.* and *Allen S. Hubbard* for Roberts, Receiver of the Manhattan Railway Co.; *Harold C. McCollom* for Central Hanover Bank; *Arthur A. Gammell* and *Timothy N. Pfeiffer* for Chase National Bank; *Boykin C. Wright* and *Clifton Murphy* for Van Santvoord Merle-Smith et al.; *Rayford W. Alley* for William S. Kies et al.; *William V. Hodges* for Nathan L. Amster et al.; *Charles Franklin* for Manhattan Ry. Co.; and *John B. Doyle* and *Franklin C. Laughlin* for Harold Palmer et al.   Reported below: 103 F. 2d 889.

No. 321.   KEEFE ET AL. *v.* BRODERICK, COLLECTOR.

September 20, 1940.   Dismissed per stipulation pursuant to Rule 35.   *Mr. Ira Lloyd Letts* for petitioners.   *Solicitor General Biddle* and *Mr. N. A. Townsend* for respondent.

No. 98.   BAILEY ET AL., EXECUTORS, *v.* UNITED STATES.

September 27, 1940.   Dismissed per stipulation pursuant to Rule 35.   *Mr. Gordon H. Block* for petitioners.   *Solicitor General Biddle* and *Mr. N. A. Townsend* for the United States.